Fried, Frank, Harris, Shriver & Jacobson LLP

**FRIED FRANK**

One New York Plaza
New York, New York 10004-1980
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com

Direct Line: +1.212.859.8026
Email: william.mcguinness@friedfrank.com

February 13, 2019

**VIA ECF**

The Honorable Robert N. Chatigny
United States Courthouse
450 Main Street - Room 228
Hartford, Connecticut 06103

    Re:    *Sheet Metal Workers Local 32 Pension Fund v. Terex Corp et al.*,
             Case No. 3:09-cv-02083-RNC

Dear Judge Chatigny,

    We represent Terex Corporation and Thomas J. Riordan, the remaining defendants in the above-captioned action. Further to our letter to Your Honor of January 31, 2019, we write jointly with Lead Counsel for the Plaintiffs to advise the Court that the parties have agreed in principle to a settlement of the action subject to the Court's approval and are beginning the process of drafting preliminary settlement papers for the Court's review and preliminary approval of the proposed settlement and notice process. The parties respectfully request that the Court provide them until March 22, 2019 to file those papers with the Court.

Respectfully submitted,

*William G. McGuinness*

William G. McGuinness (ct08598)

cc: All Counsel of Record (by ECF)