Fried, Frank, Harris, Shriver & Jacobson LLP

# FRIED FRANK

One New York Plaza
New York, New York 10004-1980
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com

Direct Line: +1.212.859.8026
Email: william.mcguinness@friedfrank.com

March 22, 2019

**VIA ECF**

The Honorable Robert N. Chatigny
United States Courthouse
450 Main Street - Room 228
Hartford, Connecticut 06103

Re:   *Sheet Metal Workers Local 32 Pension Fund v. Terex Corp et al.*,
      Case No. 3:09-cv-02083-RNC

Dear Judge Chatigny,

We represent Terex Corporation and Thomas J. Riordan, the remaining defendants in the above-captioned action. Further to our letter to Your Honor of February 13, 2019, we write jointly with Lead Counsel for the Plaintiffs to advise the Court that the parties have drafted preliminary settlement papers for the Court's review and preliminary approval of the proposed settlement and notice process, but are in need of a few additional days to complete documentation and execution of their agreement. The parties respectfully request that the Court provide them until Wednesday, March 27, 2019 to file those papers with the Court.

Respectfully submitted,

*/s/ William G. McGuinness/*

William G. McGuinness (ct08598)

cc: All Counsel of Record (by ECF)

New York • Washington DC • London • Frankfurt
Fried, Frank, Harris, Shriver & Jacobson LLP is a Delaware Limited Liability Partnership

18490768